[Civ. No. 12850. Second Appellate District, Division Two.—September 30, 1940.]

ETHEL JOHNSON, Respondent, v. FRED W. CHASE, Administrator, etc., Appellant.

Harry W. Chase for Appellant.

S. S. Hahn, W. O. Graf and C. P. Von Herzen for Respondent.

THE COURT.— The respondent having filed her motion to dismiss the appeal in the above-entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by the said certificate and by the authorities cited,

It is hereby ordered that the appeal be, and the same hereby is, dismissed.